UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAMELA S. OWEN,

          Plaintiff,

    v.

CHUCK E. ATKINS, et al.,

          Defendants.

CASE NO. C15-5375 BHS

ORDER DENYING PLAINTIFF'S MOTION AND DISMISSING DEFENDANTS

This matter comes before the Court on Plaintiff Pamela S. Owen's ("Owen") motion for judicial notice (Dkt. 53).

On October 6, 2015, the Court granted Defendants MTC Financial, Inc., doing business as Trustee Corps ("MTC"), and Bishop Marshall & Weibel, PS's ("BMW") motions to dismiss. Dkt. 37. The Court also granted Owen leave to amend her Washington Consumer Protection Act ("CPA") claim against these defendants. *Id.* Owen did not amend her complaint.

On December 16, 2015, the Court granted Defendants Federal Home Loan Mortgage Corporation ("FHFA") and Federal Housing Finance Agency's ("Freddie

ORDER - 1

Mac") motion to dismiss. Dkt. 49. The Court also granted Owen leave to amend her CPA claim against Freddie Mac. *Id*. Although Owen filed a motion for reconsideration that the Court denied, Owen has not filed an amended complaint.

On January 31, 2016, Owen filed the instant motion asserting that a tax document proves her claim of an unlawful conspiracy to foreclose her house. Dkt. 53 at 3. The Court has dismissed Owen's conspiracy claims with prejudice. Thus, the instant motion is essentially a motion for reconsideration that the Court **DENIES**.

With regard to Owen's CPA claim, the Court has repeatedly granted her leave to file an amended complaint and she has failed to do so. Therefore, the Court **DISMISSES** Owen's CPA claim and the Clerk shall terminate MTC, BMW, and Freddie Mac.

**IT IS SO ORDERED**.

Dated this 9th day of February, 2016.

BENJAMIN H. SETTLE
United States District Judge